**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**RAUDEL AVILA-PEREZ**<br><br>Defendant. | CR NO:   1:15-CR-00110  AWI BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum                              ☐ Ad Testificandum

Name of Detainee:   Raudel Avila-Perez

Detained at   California Rehabilitation Center (CRC)

Detainee is:      a.)      ☒ charged in this district by:      ☒ Indictment   ☐ Information   ☐ Complaint
                                      charging detainee with:      8 USC §1326(a) and (b)(2) – Deported Alien Found in the U.S.

                or   b.)      ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:      a.)      ☐ return to the custody of detaining facility upon termination of proceedings
                or   b.)      ☒ be retained in federal custody until final disposition of federal charges, as a sentence
                                      is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:                              /s/  Mia A. Giacomazzi
Printed Name & Phone No:      Mia A. Giacomazzi / (559) 497-4000
Attorney of Record for:            United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum                              ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:     7/29/2015                              /s/ GARY S. AUSTIN

                                      Honorable Gary S. Austin
                                      U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Raudel Avila-Perez | ☒Male   ☐Female | |
| Booking or CDC #: | AV9335 | DOB: | |
| Facility Address: | 5th Street & Western, Norco, CA 92860 | Race: | Hispanic |
| Facility Phone: | (915) 737-2683 | FBI#: | 972660JB8 |
| Currently | 8 USC 1326 | | |

---

## RETURN OF SERVICE

Executed on: _____          _____
                                                                              (signature)